IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

OSCAR SAMUEL CHAVARRIA MEJIA,    )
                                 )
            Petitioner,          )
                                 )
    v.                           )         1:26-cv-253 (LMB/LRV)
                                 )
JEFF CRAWFORD, et al.,           )
                                 )
            Respondents.         )

<u>ORDER</u>

For the reasons stated in the accompanying Memorandum Opinion, petitioner Oscar Samuel Chavarria Mejia's Motion to Enforce, [Dkt. No. 17], is GRANTED, and it is hereby

ORDERED that Chavarria Mejia be promptly released from custody, with all his personal property, in order to appear at a bond hearing before an Immigration Judge. Chavarria Mejia must live at a fixed address which he must provide to the federal respondents[1]; and it is further

ORDERED that by April 1, 2026, the federal respondents provide Chavarria Mejia with an individualized, constitutionally compliant bond hearing pursuant to 8 U.S.C. § 1226(a) before a different Immigration Judge. A bond hearing fails to comport with due process when an Immigration Judge relies on considerations that would lead to an automatic denial of bond in most, if not all, cases or on considerations that are not rationally related to whether a petitioner is a flight risk or danger to the community; and it is further

---

[1] If petitioner opts to file a pleading in this civil action notifying the federal respondents of his fixed address, petitioner should file that pleading under seal.

ORDERED that the federal respondents—along with their officers, agents, servants, employees, attorneys, successors, and assigns, and all persons acting in concert with them—be and are ENJOINED from arguing or concluding that Chavarria Mejia presents a risk of flight based on his unlawful status in the United States or lack of work authorization.[2]

The Clerk is directed to forward a copy of this Order to counsel of record and close this civil action.

Entered this 25 day of March, 2026.

Alexandria, Virginia

_____/s/ _____
Leonie M. Brinkema
United States District Judge

_____

[2] The federal respondents need not file a status report indicating whether petitioner's request for release on bond has been granted.  If petitioner believes the bond hearing he received violated his due process rights or this Court's Order, petitioner may file a renewed motion to enforce.

2